HI-HEAT GAS COMPANY, APPELLANT, v. EDWARD J. DICKERSON, RESPONDENT.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellant, *Haines & Chanalis*.

For the respondent, *Simon M. Seley*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Lloyd, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ.   12.

*For reversal*—None.